IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ISRAEL BERRIOS-BERRIOS,<br>Defendant. | **INDICTMENT**<br><br>CRIMINAL NO. 14-334 (JAG)<br><br>VIOLATIONS:<br>Title 18, United States Code, Sections 1591(a) and (b)(2) and 2423(a).<br><br>(4 Counts) |

**THE GRAND JURY CHARGES:**

COUNT ONE
Sex Trafficking of Children
(Title 18, United States Code, Sections 1591(a) and (b)(2))

From in or about the year 2007, through in or about the year 2008, the exact date of which is unknown, in the District of Puerto Rico, and elsewhere within the jurisdiction of this Court,

**ISRAEL BERRIOS-BERRIOS,**

the defendant herein, in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, obtain and maintain, by any means, a 14-15 year-old male, identified as "John Doe," knowing that said minor had not attained the age of 18, and that he would be caused to engage in a commercial sex act, to wit, during the period of time mentioned above, the defendant, **Israel Berrios-Berrios**, did, among other things, transport John Doe in an automobile owned and used by the San José Parish, from Aibonito, Puerto Rico, to the defendant's residence, located in Naranjto, Puerto Rico, knowing that John Doe would engage in a commercial sex act. All in violation of Title 18, United States Code, Sections 1591(a) and (b)(2).

Indictment
*United States v.* Israel Berrios-Berrios

## COUNT TWO
### Transportation of a Minor with Intent to Engage in Prostitution and Criminal Sexual Activity
### (Title 18, United States Code, Section 2423(a))

From in or about the year 2007, through in or about the year 2008, the exact date of which is unknown, in the District of Puerto Rico, and elsewhere within the jurisdiction of this Court,

**ISRAEL BERRIOS-BERRIOS,**

the defendant herein, did knowingly transport an individual, who had not attained the age of 18 years, in any commonwealth, territory or possession of the United States, with the intent to engage in prostitution and any sexual activity for which a person could be charged with a criminal offense, to wit, in or about the time frame mentioned above, the defendant, **Israel Berrios-Berrios,** did transport a 14-15 year-old male minor, identified as "John Doe," within the Commonwealth of Puerto Rico, more specifically, in an automobile owned and used by the San José Parish, from Aibonito, Puerto Rico, to the defendant's residence, located in Naranjto, Puerto Rico, with the intent that he engage in prostitution and sexual activity constituting a criminal offense under the laws of the United States, and the laws of the Commonwealth of Puerto Rico.   All in violation of Title 18, United States Code, Section 2423(a).

*[continued on next page]*

Indictment
*United States v.* Israel Berrios-Berrios

## COUNT THREE
### Sex Trafficking of Children
### (Title 18, United States Code, Sections 1591(a) and (b)(2))

From on or about July 21, 2008, through on or about July 30, 2008, the exact date of which is unknown, in the District of Puerto Rico, and elsewhere within the jurisdiction of this Court,

**ISRAEL BERRIOS-BERRIOS,**

the defendant herein, in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, obtain and maintain, by any means, a 15 year-old male, identified as "John Doe," knowing that said minor had not attained the age of 18, and that he would be caused to engage in a commercial sex act, to wit, during the period of time mentioned above, the defendant, **Israel Berrios-Berrios**, did, among other things, transport John Doe to the City of Miami, Florida, where together they took a four-day cruise to the Bahamas aboard the vessel known as "Majesty of the Seas," knowing that John Doe would engage in a commercial sex act.   All in violation of Title 18, United States Code, Sections 1591(a) and (b)(2).

## COUNT FOUR
### Transportation of a Minor with Intent to Engage in
### Prostitution and Criminal Sexual Activity
### (Title 18, United States Code, Section 2423(a))

From on or about July 21, 2008, through on or about July 30, 2008, the exact date of which is unknown, in the District of Puerto Rico, and elsewhere within the jurisdiction of this Court,

**ISRAEL BERRIOS-BERRIOS,**

the defendant herein, did knowingly transport an individual, who had not attained the age of 18 years, in interstate and foreign commerce, with the intent to engage in prostitution and any sexual

Indictment
*United States v.* Israel Berrios-Berrios

activity for which a person could be charged with a criminal offense, to wit, on or about the dates mentioned above, the defendant, **Israel Berrios-Berrios,** did, among other things, transport a 15 year-old male minor, identified as "John Doe," to the City of Miami, Florida, where together they took a four-day cruise to the Bahamas, aboard the vessel known as "Majesty of the Seas," with the intent that John Doe engage in prostitution and any sexual activity constituting a criminal offense under the laws of the United States, and the laws of the Commonwealth of Puerto Rico. All in violation of Title 18, United States Code, Section 2423(a).

TRUE BILL

FOREPERSON
May __8__, 2014

**ROSA EMILIA RODRIGUEZ-VELEZ**
United States Attorney

_____
José A. Ruiz
Assistant United States Attorney
Chief, Criminal Division

_____            _____
Timothy Henwood                                                  Marshal D. Morgan
Assistant United States Attorney                         Assistant United States Attorney
Chief, White Collar and General Crimes
Division